UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV19-02461 JAK (USBK: 2:18-bk-22902-RK) | Date | August 26, 2019 |
| Title | In Re: Jose A. Santiago: Jose Santiago v. JP Morgan Chase | | |

Present: The Honorable **JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE**

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The appeal in this bankruptcy matter has been assigned to this Court. Dkt. 1. Pursuant to the Notice Regarding Appeal from Bankruptcy Court, issued on April 1, 2019, each party "must comply with the applicable rules of the Federal Rules of Bankruptcy Procedure" (Dkt. 3) (the "Notice"). The Notice directed that, within 14 days after the filing of the notice of appeal, Appellant was required to file the following: (i) a designation of the record; (ii) a statement of issues on appeal; and (iii) a notice regarding the ordering of transcripts. Each of these documents is to be filed with the Clerk of the Bankruptcy Court, with an original and two copies, and not with the Clerk of the District Court. *Id.* The Notice also states that the "failure of either party to comply with the time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal." Until the parties file the required documents with the Bankruptcy Court, it cannot issue a notice confirming that the bankruptcy record is complete.

On April 18, 2019, a Deficiency was issued in Bankruptcy Case No. 2:18-bk-2202-RK (the "Bankruptcy Case"). Dkt. 89, Bankruptcy Case. The Deficiency states that Appellant failed to file the necessary documents and pay the required filing fee. *Id.* On April 24, 2019, Appellant filed the required documents. Dkt. 90-92, Bankruptcy Case. The filing fee remains unpaid. In light of the foregoing, the Appellant is ordered to show cause in writing, on or before September 9, 2019, why this appeal should not be dismissed for lack of prosecution for failure to pay the required filing fee with the Bankruptcy Court. Failure of Appellant to make an adequate and/or timely response to this Order will result in the dismissal of the appeal.

**IT IS SO ORDERED.**

cc: Robert N. Kwan, U.S. Bankruptcy Judge

: 

Initials of Preparer    ak